NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-3115 |
| Plaintiff - Appellee, | D.C. No. 1:24-cr-00001-RVM-1 |
| v. | |
| YE FANG, AKA BATU, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the District of Northern Mariana Islands
Ramona V. Manglona, District Judge, Presiding

Submitted December 17, 2025**

Before:     PAEZ, CHRISTEN, and KOH, Circuit Judges.

Ye Fang appeals from the district court's judgment and challenges his

guilty-plea conviction and 300-month sentence for conspiracy to possess with

intent to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1),

(b)(1)(A)(viii), and 846.

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Fang's counsel filed a brief under *Anders v. California*, 386 U.S. 738 (1967), stating that there are no non-frivolous arguments for appeal. Fang has not filed a pro se supplemental brief.

In the plea agreement, Fang waived his right to appeal the conviction and sentence.

Our independent review of the record, *see Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no non-frivolous issue as to whether the appeal waiver is enforceable. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We therefore dismiss the appeal. *See id.* at 988.

Fang filed a notice of intent to file publicly Volume 1 of the supplemental excerpts of record. *See* 9th Cir. R. 27-13(f). No other party has filed a motion to file or maintain this document under seal. The clerk will therefore unseal the notice (Docket Entry No. 14.1) and file publicly the supplemental excerpts of record (Docket Entry Nos. 14.2 & 16), and the excerpts of record at Docket Entry No. 6.

Counsel's motion to withdraw is granted.

**DISMISSED.**